UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | No. 3:04-CR-64 |
| V. ) | (PHILLIPS/GUYTON) |
| ) | |
| RORY VINCENT SHARP ) | |
| ) | |

**ORDER OF DETENTION
PENDING HEARING**

The above-named defendant appeared in custody before the undersigned on Agusut 16, 2006, for an initial appearance on a Warrant issued on a Petition for Warrant for Offender Under Supervision. Assistant United States Attorney J. Edgar Schmutzer appeared on behalf of the government. Michael J. McGovern, CJA Counsel, appeared as counsel for the defendant. The government moved for detention.

Accordingly, **IT IS ORDERED:**

1. The defendant shall be detained pending his revocation hearing.

2. Defendant's revocation hearing is set **on August 21, 2006, at 1:30 p.m.** before the **Honorable Thomas W. Phillips,** United States District Judge in Knoxville, Tennessee.

3. Defendant shall be held by the United States Marshal pending his detention hearing before The Honorable Thomas W. Phillips on August 21, 2006. The defendant is remanded to the custody of the U.S. Marshal and shall be produced for the above-scheduled hearing.

**ENTER:**

s/ H. Bruce Guyton
United States Magistrate Judge