# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | No. 3:04-CR-64 |
| ) | |
| RORY VINCENT SHARP, ) | Judge Phillips |
| ) | |
| Defendant. ) | |

# AGREED ORDER

It appearing to the Court that a Petition for Revocation of Probation has been filed against the defendant Rory Vincent Sharp, and that the Defendant admits that he has violated the conditions of his probation as charged, the Court hereby finds from the record as a whole that Rory Sharp has violated the conditions of his probation, that he has waived his right to a hearing pursuant to Rule 32 of the Rules of Criminal Procedure, that he has waived his right to allocate at a revocation hearing, and that the agreement of the Defendant and the Government pursuant to Rule 11 of the Federal Rules of Criminal Procedure presented to the Court is well-founded.

IT IS, THEREFORE, ORDERED, that the Defendant be placed on supervised release for thirty-six (36) months on the following conditions:

> While on supervised release, the Defendant shall not commit another federal, state or local crime; shall comply with the standard conditions that have been adopted by this Court in Local Rule 83.10; and shall not illegally possess a controlled substance.

> The Defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

> In addition, the Defendant shall comply with the following special conditions:

The Defendant shall participate in a program of testing and/or treatment for drug and/or alcohol abuse, as directed by the probation officer, until such time as the Defendant are released from the program by the probation officer.

The Defendant shall participate in a program of mental health treatment, as directed by the probation officer, until such time as the Defendant is released from the program by the probation officer. The Defendant shall waive all rights to confidentiality regarding mental health treatment in order to allow release of information to the United States Probation Officer and to authorize open communication between the probation officer and the mental health treatment provider.

The Defendant shall perform 15 hours per week of community service as directed by the probation officer.

The Defendant shall reside for a period of six (6) months to commence following release from detention in Midway Sanction Center and shall observe the rules of that facility.

The Defendant shall abstain from the use of alcohol.

The Defendant shall not frequent bars, clubs, or other establishments where alcohol is the main business.

**ENTER** this 30th day of August, 2006.

*Thomas W. Phillips*
United States District Judge

APPROVED FOR ENTRY:

Ed Schmutzer
Assistant U.S. Attorney

Kathryn Callaway
U.S. Probation

Michael P. McGovern
Attorney for Defendant

2